STATE of Missouri, Respondent,

v.

**Lee WASHINGTON, Appellant.**

**No. WD 52226.**

Missouri Court of Appeals,
Western District.

Dec. 10, 1996.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for Respondent.

Rebecca L. Kurz, Asst. Public Defender, Kansas City, for Appellant.

Before LOWENSTEIN, P.J., and
BERREY and EDWIN H. SMITH, JJ.

#### ORDER

PER CURIAM.

Appellant appeals from his conviction of one count of attempted forcible rape,

§ 566.030, RSMo 1994, and one count of kidnapping, § 565.110, RSMo 1994.

Affirmed. Rule 30.25(b).